**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HERONS COVE ENTERPRISES, LLC,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:08-cv-465-Orl-22DAB**

**EPIC CONSULTING, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion to Dismiss Count I and Count II of the Complaint (Doc. No. 5), filed on April 4, 2008.

The United States Magistrate Judge has submitted a report recommending that the motion be granted with leave to amend Plaintiff's negligence claim.

After an independent *de novo* review of the record in this matter, including the objections filed by Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 7, 2008 (Doc. No. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Count I and Count II of the Complaint is **GRANTED**. Count I of the complaint is **DISMISSED** without prejudice, and with leave to amend Plaintiff's negligence claim no later than August 20, 2008. In amending the complaint, Plaintiff is cautioned that any claim based on a duty allegedly arising from the language of Certification/ Limitation No.

6 shall be **DISMISSED**.  Finally, Count II of the complaint is **DISMISSED** with prejudice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 25, 2008.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record